IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLOS RAY BROWNING                                               PLAINTIFF
ADC #122856

V.                          CASE NO. 4:18-CV-44-JM-BD

MORRIS                                                           DEFENDANT

RECOMMENDED DISPOSITION

I.      Procedures for Filing Objections:

This Recommended Disposition ("Recommendation") has been sent to Judge

James M. Moody Jr. You may file written objections to this Recommendation. If you file

objections, they must be specific and must include the factual or legal basis for your

objection.

Your objections must be received in the office of the Court Clerk within 14 days

of this Recommendation. If no objections are filed, Judge Moody can adopt this

Recommendation without independently reviewing the record. By not objecting, you may

also waive any right to appeal questions of fact.

II.     Discussion:

Plaintiff Carlos Ray Browning, who is currently being held at the Randall

Williams Correctional Facility, filed this lawsuit on January 17, 2018. (Docket entry #1)

Mr. Browning was ordered to submit a completed IFP application or pay the filing fee

within 30 days of January 24, 2018. (#2) To date, he has failed to comply with the

Court's January 24, 2018 Order, and the time for doing so has passed. The Court

specifically cautioned Mr. Browning that his claims could be dismissed if he failed to

comply with the Court's Order.

**III.    Conclusion:**

The Court recommends that Mr. Browning's claims be DISMISSED, without

prejudice, based on his failure to address the filing fee as required by the Court's January

24, 2018 Order.

IT IS SO ORDERED, this 5th day of March, 2018.

_____

UNITED STATES MAGISTRATE JUDGE

2