IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLOS RAY BROWNING                                                                    PLAINTIFF
ADC #122856

V.                    CASE NO. 4:18-CV-44-JM-BD

MORRIS                                                                                  DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Browning's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 26th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE